HARDAGE *et al. v.* DAWSON, assignee.

LUMPKIN, J. No ruling of the judge in the trial of the case was complained of. The evidence was sufficient to support the verdict, and there was no error in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*

Argued February 6,—Decided May 19, 1908.

Claim. Before Judge Reagan. Upson superior court. May 9, 1907.

*M. D. Womble,* for plaintiffs in error.   *M. H. Sandwich,* contra.